# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Plaintiff: **AFGE, AFL-CIO**

vs.

Civil Action No. **18-cv-01475**

Defendant: Donald J. Trump, *in his official capacity as President of the U.S.*, U.S. Office of Personnel Management, and Jeff T.H. Pon, *in his official capacity as Director of the U.S. OPM.*

## CIVIL NOTICE OF APPEAL

Notice is hereby given this _11_ day of _January_ 20_19_, that the American Federation of Government Employees, AFL-CIO

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this court entered on the _16_ day of _November_, 20_18_, in favor of Defendants, Donald J. Trump, U.S. Office of Personnel Management, and Jeff T.H. Pon

against said Plaintiff, the American Federation of Government Employees, AFL-CIO

Attorney/Pro Se Party Signature: *[signature]*

Name: Jeffrey A. Bartos

Address: Guerrieri, Bartos & Roma, P.C.

1900 M Street, NW, Suite 700

Washington, DC 20036

Telephone: (_202_) _624-7400_

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

USCA Form 13
Rev. June 2017